UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

NOV 30 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

TGP COMMUNICATIONS, LLC, a Missouri limited liability company, DBA The Gateway Pundit; JORDAN CONRADSON, an individual,

    Plaintiffs-Appellants,

v.

JACK SELLERS; et al.,

    Defendants-Appellees.

No. 22-16826

D.C. No. 2:22-cv-01925-JJT
District of Arizona, Phoenix

ORDER

Before: McKEOWN, WARDLAW, and W. FLETCHER, Circuit Judges.

The emergency motion to expedite (Docket Entry No. 2) is granted in part and denied in part.

Appellants' opening brief is due December 8, 2022. Appellees' answering brief is due December 19, 2022. Appellants' optional reply brief is due December 23, 2022. No streamlined extensions of time will be approved. *See* 9th Cir. R. 31-2.2(a)(1).

The Clerk will place this appeal on the calendar for January 2023. *See* 9th Cir. Gen. Order 3.3(g).

AC/MOATT