UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

NOV 30 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

TGP COMMUNICATIONS, LLC, a Missouri limited liability company, DBA The Gateway Pundit; JORDAN CONRADSON, an individual,

        Plaintiffs-Appellants,

v.

JACK SELLERS; et al.,

        Defendants-Appellees.

No. 22-16826

D.C. No. 2:22-cv-01925-JJT
District of Arizona,
Phoenix

ORDER

The court has received appellants' emergency motion for an injunction pending appeal. The response to that motion is due by 3 p.m. Pacific Time on December 1, 2022. The optional reply in support of the motion is due by 9 a.m. Pacific Time on December 2, 2022.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Alex Christopher
Deputy Clerk
Ninth Circuit Rule 27-7

AC/MOATT