No. 22-16826

*In the*

# UNITED STATES COURT OF APPEALS
*for the*
# NINTH CIRCUIT

TGP COMMUNICATIONS, LLC, D/B/A THE GATEWAY PUNDIT,
AND JORDAN CONRADSON,

    *Plaintiffs-Appellants,*

v.

JACK SELLERS, THOMAS GALVIN, BILL GATES, CLINT HICKMAN, STEVE GALLARDO, STEPHEN RICHER, REY VALENZUELA, SCOTT JARRETT, MEGAN GILBERTSON, AND MARCUS MILAM,

    *Defendants-Appellees.*

On Appeal from the
United States District Court for the District of Arizona
No. 2:22-cv-01925-JJT
The Honorable John J. Tuchi

# INDEX OF APPELLANTS' EXCERPTS OF RECORD

| | |
|---|---|
| Marc J. Randazza | David S. Gingras |
| RANDAZZA LEGAL GROUP, PLLC | GINGRAS LAW OFFICE, PLLC |
| 2764 Lake Sahara Drive, Suite 109 | 4802 E. Ray Road, #23-271 |
| Las Vegas, Nevada 89117 | Phoenix, AZ 85044 |
| Tel: 702-420-2001 | Tel.: (480) 264-1400 |
| ecf@randazza.com | david@gingraslaw.com |

Attorneys for Appellants

# INDEX

| Document | File Date | USDC Dkt. No. | Page |
|---|---|---|---|
| **VOLUME 1 of 3** | | | |
| Order (denying Plaintiffs' Emergency *Ex Parte* Motion for a Temporary Restraining Order) | 11/23/22 | 27 | ER0001-19 |
| **VOLUME 2 of 3** | | | |
| Notice of Filing Exhibit | 11/18/22 | 25 | ER0020-23 |
| Transcript of Proceedings (Temporary Restraining Order Hearing) | 11/17/22 | -- | ER0024-122 |
| Minutes of Proceeding (Civil Minutes - Temporary Restraining Order Hearing) | 11/17/22 | 20 | ER0123 |
| Plaintiffs' Notice of Filing Second Amended List of Witnesses | 11/16/22 | 19 | ER0124-127 |
| *Exhibit 1:* Glasser *curriculum vitae* | 11/16/22 | 19-1 | ER0128-131 |
| *Exhibit 2:* Glasser Columbia University Profile | 11/16/22 | 19-2 | ER0132-133 |
| *Exhibit 3:* Leslie *curriculum vitae* | 11/16/22 | 19-3 | ER0134-134 |
| *Exhibit 4:* Leslie ASU Faculty Profile | 11/16/22 | 19-4 | ER0137-140 |
| Response to Corrected Emergency *Ex Parte* Motion for a Temporary Restraining Order | 11/16/22 | 17 | ER0141-156 |
| *Exhibit 1:* Maricopa County 2022 Elections Press Pass Criteria | 11/16/22 | 17-1 | ER0157-160 |
| *Exhibit 2:* Press Access Memorandum | 11/16/22 | 17-1 | ER0161-163 |

| Document | File Date | USDC Dkt. No. | Page |
|---|---|---|---|
| *Exhibit 3:* MC Requiring Official Press Pass Article | 11/16/22 | 17-1 | ER0164-176 |
| *Exhibit 4:* Tucker Carlson Interview of Kari Lake | 11/16/22 | 17-1 | ER0177-184 |
| *Exhibit 5:* September 13, 2022 Conradson article | 11/16/22 | 17-1 | ER0185-192 |
| *Exhibit 6:* OVER 100 More Democratic Poll Workers article | 11/16/22 | 17-1 | ER0193-199 |
| *Exhibit 7:* Wendy Rogers Event 10.3.21 | 11/16/22 | 17-1 | ER0200-201 |
| *Exhibit 8:* JC Pic Audit Volunteers reunion | 11/16/22 | 17-1 | ER0202-204 |
| *Exhibit 9:* JC Pic Audit Volunteers reunion | 11/16/22 | 17-1 | ER0205-206 |
| *Exhibit 10:* Conradson at Hamilton and Trump event | 11/16/22 | 17-2 | ER0207-208 |
| *Exhibit 11:* Conradson at Hamilton and Trump event 2 | 11/16/22 | 17-2 | ER209-210 |
| *Exhibit 12:* Code of Ethics | 11/16/22 | 17-2 | ER0211-212 |
| *Exhibit 13:* Email to J. Conradson Denying Media Credentials | 11/16/22 | 17-2 | ER0213-214 |
| *Exhibit 14:* Tweet JC - Escort out of Elections facility | 11/16/22 | 17-2 | ER0215-216 |
| *Exhibit 15:* Reply email | 11/16/22 | 17-2 | ER0217-218 |
| *Exhibit 16:* Georgia Workers Sue Over False Fraud Allegation | 11/16/22 | 17-2 | ER0219-235 |
| *Exhibit 17:* Pro Trump Target Election workers | 11/16/22 | 17-2 | ER0236-248 |
| *Exhibit 18:* Reuters-Kill them-AZ Election workers face midterm threats | 11/16/22 | 17-3 | ER0249-267 |
| *Exhibit 19:* AZ Election workers threats midterm | 11/16/22 | 17-3 | ER0268-279 |

| Document | File Date | USDC Dkt. No. | ER No. |
|---|---|---|---|
| **VOLUME 3 of 3** | | | |
| *Exhibit 20:* Senator Ugenti-Rita | 11/16/22 | 17-3 | ER0282-292 |
| Notice of Filing Exhibits in Support of Emergency Ex Parte Motion for Temporary Restraining Order and Request for Judicial Notice | 11/15/22 | 13 | ER0293-297 |
| *Exhibit 1:* Article: "Why Are You Working So Hard to Shut the Audit Down? What Are You Hiding" - TGP Reporter Confronts AZ Secretary of State Katie Hobbs - Katie Hobbs Runs!" (VIDEO) | 11/15/22 | 13-1 | ER0298-301 |
| *Exhibit 2:* Article: "EXCLUSIVE… Maricopa County Supervisor Steve Chucri Caught in Leaked Recording: The Maricopa County Voting Machine Company Audit and Recount – "Was Pretty BULLSH*T By The Way" (AUDIO) | 11/15/22 | 13-2 | ER0302-307 |
| *Exhibit 3:* Article: "EXCLUSIVE: Maricopa County Supervisor Steve Chucri on 2020 Election in Leaked Recording: "I Think It Was Done Through DEAD PEOPLE Voting. I Think IT WAS MULTIFACETED – BALLOT HARVESTING" (AUDIO)" | 11/15/22 | 13-3 | ER0308-312 |
| *Exhibit 4:* Article: "BREAKING: Maricopa County Supervisor Steve Chucri RESIGNS From Office After TGP Exposé: "There Was No Cover-Up, The Election Was Not Stolen. Biden Won."" | 11/15/22 | 13-4 | ER0313-318 |

| Document | File Date | USDC Dkt. No. | ER No. |
|---|---|---|---|
| *Exhibit 5:* Article: "BREAKING: County Supervisor Steve Chucri Leaked Audio: "I've Had DEMOCRATS Telling Me They Don't Have Confidence, They Don't Like DOMINION – Why In The World Would Governor Ducey Really Say No To Giuliani?"" | 11/15/22 | 13-5 | ER0319-323 |
| *Exhibit 6:* Article: "Leaked Audio… Maricopa County Supervisor Steve Chucri: "Dominion, Whether They're Right or Wrong… The Damage Is Done" | 11/15/22 | 13-6 | ER0324-331 |
| *Exhibit 7:* Article: "BREAKING: Maricopa County Creates "Ministry Of Truth" To Silence The Gateway Pundit – Now Requiring Official Press Pass For Media "To ENTER ITS FACILITIES And/Or Cover Events Related To The 2022 General Election"" | 11/15/22 | 13-7 | ER0332-342 |
| *Exhibit 8:* Article: "EXCLUSIVE: Former Maricopa County Recorder Steve Chucri Full January Phone Call With We The People AZ Alliance: "I Think It Was DONE Through Dead People Voting; I Think It Was Multifaceted" (AUDIO)" | 11/15/22 | 13-8 | ER0343-353 |
| *Exhibit 9:* Article: "MUST SEE VIDEO: Arizona Secretary of State Katie Hobbs RUNS From TGP's Jordan Conradson AGAIN— Won't Answer Questions At Free and Fair Elections Event" | 11/15/22 | 13-9 | ER0354-360 |

| Document | File Date | USDC Dkt. No. | Page |
|---|---|---|---|
| *Exhibit 10:* Article: "BREAKING: Maricopa County's Ministry of Truth BLOCKS The Gateway Pundit Reporter Access To 2022 Midterm Election Coverage In County" | 11/15/22 | 13-10 | ER0361-369 |
| Declaration of Cassidy S. Curran Authenticating Exhibits | 11/15/22 | 13-11 | ER0370-374 |
| Order (setting the briefing schedule and the hearing on the TRO Motion) | 11/14/22 | 10 | ER0375-376 |
| Corrected Emergency *Ex Parte* Motion for a Temporary Restraining Order | 11/14/22 | 7 | ER0377-395 |
| *Exhibit 1:* Denial and Appeal Emails | 11/14/22 | 7-1 | ER0396-397 |
| Declaration of Jordan Conradson | 11/14/22 | 7-2 | ER0398-401 |
| Declaration of James Hoft | 11/14/22 | 7-3 | ER0402-406 |
| Corrected Certificate of Service | 11/14/22 | 7-4 | ER0407-409 |
| Complaint | 11/12/22 | 1 | ER410-421 |
| Civil Cover Sheet | 11/12/22 | 1-1 | ER0422-423 |
| *Exhibit 1:* Maricopa County 2022 Elections Press Pass Webpage | 11/12/22 | 1-2 | ER0424-427 |
| *Exhibit 2:* Maricopa County 2022 Elections Press Pass Application | 11/12/22 | 1-3 | ER0428-432 |
| *Exhibit 3:* Press Pass Application | 11/12/22 | 1-4 | ER0433-436 |
| *Exhibit 4:* Denial and Appeal Emails | 11/12/22 | 1-5 | ER0437-438 |
| *Exhibit 5:* Letter from John C. Burns dated November 10, 2022 | 11/12/22 | 1-6 | ER0439-441 |
| Notice of Appeal | 11/28/22 | 28 | ER0442-445 |

| **Document** | **File Date** | **USDC Dkt. No.** | **Page** |
|---|---|---|---|
| Civil Docket for Case No. 2:22-cv-01925-JJT - United States District Court, District of Arizona - *TGP Communications, LLC d/b/a The Gateway Pundit, et al v. Jack Sellers, et al.* | | | ER0446-455 |

**CERTIFICATE OF SERVICE**

I hereby certify that on December 8, 2022, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system.

Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

| | |
|---|---|
| Date: December 8, 2022. | RANDAZZA LEGAL GROUP, PLLC |
| | /s/ Marc J. Randazza |
| | Marc J. Randazza |
| | David S. Gingras |
| | GINGRAS LAW OFFICE, PLLC |
| | *Attorneys for Appellants* |