No. 22-16826

## UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT

———————

TGP COMMUNICATIONS L.L.C, D/B/A THE GATEWAY PUNDIT, ET AL.,

*Plaintiffs-Appellants*,

v.

JACK SELLERS, et al.,

*Defendants-Appellees*.

———————

On Appeal from the United States District Court for the
District of Arizona
No. CV-22-01925-PHX-JJT
Hon. John J. Tuchi

———————

**NOTICE OF SETTLEMENT AND STIPULATION FOR DISMISSAL WITH PREJUDICE**

———————

RACHEL H. MITCHELL
MARICOPA COUNTY ATTORNEY

Thomas P. Liddy
Charles E. Trullinger
Joseph J. Branco
Sean M. Moore
Deputy County Attorneys
MARICOPA COUNTY ATTORNEY'S OFFICE
CIVIL SERVICES DIVISION
225 W. Madison Street
Phoenix, AZ 85003
ca-civilmailbox@mcao.maricopa.gov

*Attorneys for Defendants-Appellees*

April 28, 2023

Defendants-Appellees and Plaintiffs-Appellants, having resolved their dispute concerning this appeal through a written settlement agreement, hereby stipulate and agree, pursuant to Federal Rule of Appellate Procedure 42(b)(1), to dismiss the above-captioned and numbered appeal, with prejudice, and with each party to pay his/her/its own fees and costs.

        RACHEL H. MITCHELL
        MARICOPA COUNTY ATTORNEY

        BY: */s/ Charles E. Trullinger*
             Charles E. Trullinger
             Thomas P. Liddy
             Joseph J. Branco
             Sean M. Moore
             Deputy County Attorneys
*Attorneys for Defendants-Appellees*

RANDAZZA LEGAL GROUP, PLLC

BY: */s/ Marc J. Randazza (w/permission)*
MARC J. RANDAZZA
*Attorneys for Plaintiffs-Appellants*

GINGRAS LAW OFFICE, PLLC

BY: */s/ David S. Gingras (w/permission)*
DAVID S. GINGRAS
*Attorneys for Plaintiffs-Appellants*

## Certificate of Service

I hereby certify that I electronically filed the foregoing/attached document(s) on this date with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit using the Appellate Electronic Filing system.

**Service on Case Participants Who Are Registered for Electronic Filing:**

[X]  I certify that I served the foregoing/attached document(s) via email to all registered case participants on this date because it is a sealed filing or is submitted as an original petition or other original proceeding and therefore cannot be served via the Appellate Electronic Filing system.

**Service on Case Participants Who Are NOT Registered for Electronic Filing:**

[ ]  I certify that I served the foregoing/attached document(s) on this date by hand delivery, mail, third party commercial carrier for delivery within 3 calendar days, or, having obtained prior consent, by email to the following unregistered case participants (list each name and mailing/email address):

Respectfully submitted,

RACHEL H. MITCHELL
MARICOPA COUNTY ATTORNEY

By: /s/*Charles E. Trullinger*

Charles E. Trullinger
Thomas P. Liddy
Joseph J. Branco
Sean M. Moore
Deputy County Attorney
MARICOPA COUNTY ATTORNEY'S OFFICE
CIVIL SERVICES DIVISION
225 W. Madison Street
Phoenix, AZ 85003
ca-civilmailbox@mcao.maricopa.gov

April 28, 2023