UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

MAY 1 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

TGP COMMUNICATIONS, LLC, a Missouri limited liability company, DBA The Gateway Pundit; JORDAN CONRADSON, an individual,

    Plaintiffs-Appellants,

v.

JACK SELLERS; et al.,

    Defendants-Appellees.

No. 22-16826

D.C. No. 2:22-cv-01925-JJT
District of Arizona, Phoenix

ORDER

Before: CALLAHAN, R. NELSON, and H.A. THOMAS, Circuit Judges.

Pursuant to Federal Rule of Appellate Procedure 42(b)(1), the motion to dismiss the appeal (Dkt. No. 55) is **GRANTED.** This order constitutes the mandate of this court.